UNITED STATES of America,
Plaintiff—Appellee,

v.

Jose MARAVILLA–LEON,
Defendant—Appellant.

No. 11–10404.

United States Court of Appeals,
Ninth Circuit.

Submitted March 6, 2012.*

Filed March 9, 2012.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Erica McCallum, Assistant U.S., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Brenda Leticia Dabdoub–Caballero, Esquire, Law Office of Brenda Dabdoub–Caballero, Tucson, AZ, for Defendant–Appellant.

Before: B. FLETCHER, REINHARDT, and TASHIMA, Circuit Judges.

## MEMORANDUM **

Jose Maravilla–Leon appeals from the 46–month sentence imposed following his jury-trial conviction for possession with intent to distribute marijuana, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(D). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Maravilla–Leon contends that the district court erred by denying a minor role adjustment pursuant to U.S.S.G. § 3B1.2(b). The district court did not clearly err in denying the adjustment. *See* U.S.S.G. § 3B1.2 cmt. n. 3(A); *United States v. Hursh,* 217 F.3d 761, 770 (9th Cir.2000).

Maravilla–Leon also contends that because the jury did not make a weight determination as to the weight of the drugs seized, the district court was limited to a weight determination of 50 kilograms pursuant to 21 U.S.C. § 841(b)(1)(D). This argument fails because the district court may determine drug quantity as long as that determination does not have the effect of increasing the statutory maximum

sentence. *See United States v. Alvarez,* 358 F.3d 1194, 1211–12 (9th Cir.2004).

**AFFIRMED.**